Lance Sorenson, Utah Bar No. 10684
WINDER & COUNSEL, PC
BUSINESS & TRIAL ATTORNEYS
Suite 4000
175 West 200 South
P.O. Box 2668
Salt Lake City, UT 84110-2668
Fax 801 322-2282
Phone 801 322-2222



2009 MAY 21 PM 4:06

DISTRICT OF UTAH

# UNITED STATES BANKRUPTCY COURT
## District of Utah Division

| | | |
|---|---|---|
| In re: Travis Baird and Babette Baird<br>Debtors | * * * * | Motion for Pro Hac Vice Admission and<br>Consent of Local Counsel<br><br>Case No  **09-23153** |

Pursuant to D.U. Civ Rule 83-1.1(d), I move the admission of Harold R. Bruno, III of the law firm of Robinson Waters & O'Dorisio, P.C., as pro hac vice counsel for Big O Tires, Inc. (Creditor) and consent to serve as local counsel. The application for pro hac vice admission is attached as exhibit A to this motion, an Electronic Case Filing Registration Form as exhibit B, and the admission fee, if required, has been paid to the court with the submission of this motion.

Dated May 19, 2009

Lance Sorenson  10684

3

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

## APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney: Harold R. Bruno, III          Telephone: 303.297.2600
Firm Name:        Robinson Waters & O'Dorisio, P.C.
Business Address: 1099 18th Street, Suite 2600
                  Denver, Colorado 80202

Current bar memberships and date of admission:

| Current Bar Membership | Date of Admission |
| --- | --- |
| Colorado State and USDC | 1985 |
| Arizona USDC | 1996 |
| District of Columbia Court of Appeals & USDC | 1985 |
| 4th Circuit USCA | 1989 |
| 9th Circuit USCA | 2009 |
| 10th Circuit USCA | 1994 |
| Federal Circuit | 1992 |

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?
X____ No          ____Yes ( provide additional information)


Prior pro hac vice admissions in the District of Utah:          X____ none

Case Name:_____
Case Number:_____
Admission Date:_____

(Attach list of other cases separately if more space is needed.)

_____                    5/18/09
Signature                                  Date

Lance Sorenson Bar #10684

Non resident United States attorneys and attorneys employed by agencies of the federal government are exempt from the pro hac vice fee.  All other attorneys must pay a fee of $15.00 concurrent with this application.  This application must be filed as an attachment to a motion for admission and consent filed by local counsel.

If you have not previously registered for CM/ECF in the District of Utah, please attach a completed Electronic Case Registration Form with this application to receive your login and password.

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

## ELECTRONIC CASE FILING REGISTRATION FORM

Attorneys who are active or current pro hac vice members of the District of Utah's Bar may register for the District of Utah Electronic Filing System by (i) completing the required training and (ii) signing and returning this form to the Court. Please review carefully the registration conditions set forth below before signing.

| Harold R. Bruno, III | | | Robinson Waters & O'Dorisio, P.C. |
|---|---|---|---|
| Name - First | Middle | Last | Firm Name |

1099 18th Street, Suite 260                     Denver, Colorado 80202
Mailing Address                                  City, State, Zip

                                                 303-297-2600
Utah State Bar # (If applicable)                 Telephone Number

By signing this form, I understand and consent to the following:
- Pursuant to Fed. R. Civ. P. 5(b)(2)(D), I will receive all items required to be served under Fed.R.Civ.P. 5(a) and 77(d) and Fed. R. Crim P. 49 by either (i) notice of electronic filing, or (ii) e-mail transmission;
- Such electronic service will constitute service and notice of entry as required by those rules;
- I waive my right to service by USPS mail;
- I will abide by all Court rules, orders, and procedures governing the use of the electronic filing system;
- The combination of user ID and password issued by this Court will serve as the equivalent of my signature when I file documents using the District of Utah's electronic filing system;
- I will carefully examine all documents prior to filing them electronically with this Court to either (i) redact sensitive and private information pursuant to DUCiv R , or (ii) move that the filing be sealed;
- I will secure and protect my Court-issued password against unauthorized use or compromise; and
- I will notify the Clerk of this Court within 24 hours when I (i) have a change of name, firm, address, or e-mail address to ensure proper and timely service, or (ii) learn that my password has been compromised.

Email Address(es):
Primary E-mail address hbruno@rwolaw.com

Up to two additional e-mail addresses 1) awallace@rwolaw.com ,

2) _____

To receive a login, you must complete one of these four options. Please check appropriate box.

| X | I have attended the CMECF Training for Attorneys given by the Court. |
|---|---|
| ☐ | I have completed the CMECF Training for Attorneys given by an in-house trainer in my firm. |
| ☐ | I have completed the CMECF Online Computer-Based Training modules on the court website. |
| X | I have an ECF account in the Utah Bankruptcy Court or in another Federal District Court. District: Colorado |

Date: 5/21/09        Signature: /s/ Harold R. Bruno III

Please mail this completed form to: United States District Court, Office of the Clerk, ATTN: CM/ECF Registration, 350 S. Main St., Rm 150, Salt Lake City, Utah 84101 Or include this form as a pdf attachment with your Application for Pro Hac Vice.

After this Court processes this form, you will receive by email or US Mail your user ID and password that will enable you to access the system. The User Guide and administrative procedures for system use may be downloaded at: http://www.utd.uscourts.gov/cmecf/ecfpage.html. Please call the Clerk's Office Help Desk at (801) 524-3248 if you have questions concerning registration, training, or use of the electronic filing system.